IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Philip A. Brimmer**

Civil Action No. 22-cv-00614-PAB

HUONG PHAM,

    Plaintiff,

v.

ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY, an Illinois corporation authorized to do business in Colorado,

    Defendant.
_____

**ORDER ACCEPTING MAGISTRATE JUDGE'S RECOMMENDATION**
_____

    This matter is before the Court on the Order and Recommendation of United States Magistrate Judge [Docket No. 15]. The Recommendation states that objections to the Recommendation must be filed within fourteen days after its service on the parties. Docket No. 15 at 3-4; *see also* 28 U.S.C. § 636(b)(1)(C). The Recommendation was served on June 23, 2022. No party has objected to the Recommendation.[1]

    In the absence of an objection, the district court may review a magistrate judge's recommendation under any standard it deems appropriate. *See Summers v. Utah*, 927 F.2d 1165, 1167 (10th Cir. 1991); *see also Thomas v. Arn*, 474 U.S. 140, 150 (1985) ("It does not appear that Congress intended to require district court review of a magistrate's factual or legal conclusions, under a *de novo* or any other standard, when neither party

---

[1] Defendant filed a response to the recommendation stating it "does not object to the Court's recommendation." Docket No. 17 at 1.

objects to those findings."). In this matter, the Court has reviewed the Recommendation to satisfy itself that there is "no clear error on the face of the record."[2] Fed. R. Civ. P. 72(b), Advisory Committee Notes. Based on this review, the Court has concluded that the Recommendation is a correct application of the facts and the law. Accordingly, it is

**ORDERED** as follows:

1. The Order and Recommendation of United States Magistrate Judge [Docket No. 15] is **ACCEPTED**;

2. This case is **REMANDED** to the District Court for Denver County, Colorado where this case was filed as Case No. 2022CV30297. It is further

3. This case is closed.

DATED July 12, 2022.

BY THE COURT:

PHILIP A. BRIMMER
Chief United States District Judge

---

[2] This standard of review is something less than a "clearly erroneous or contrary to law" standard of review, Fed. R. Civ. P. 72(a), which in turn is less than a de novo review. Fed. R. Civ. P. 72(b).